UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS LINTHECOME,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>    Respondents. | CASE NO. CV 19-6110-JGB (PJW)<br><br>ORDER DISMISSING HABEAS CORPUS PETITION WITH PREJUDICE AND DENYING CERTIFICATE OF APPEALABILITY |

    In July 2019, Petitioner filed the instant habeas corpus petition, in which he alleged, among other things, that he was being unlawfully detained at the Twin Towers Correctional Facility in Los Angeles as a result of a false arrest in March 2019 on a "bunk warrant." (Petition at 1-2.) He sought an order releasing him from custody. (Petition at 18.) Thereafter, the Court issued its standard order, referring the matter to the magistrate judge and sent the order to Petitioner. That mail was returned to the court as undeliverable, apparently because, by then, Petitioner had been released from Twin Towers. (Doc. No. 3.) In November 2019, Petitioner filed a new habeas corpus petition, explaining that he was now at High Desert Detention Center in Adelanto, California, as a result of his arrest in

Victorville, California, on October 26, 2019, on different charges. (See *Linthecome v. McMahon*, ED CV 19-2228-JGB (PJW), Petition at 2-3.)

Because Petitioner is no longer in custody at Twin Towers, the Court does not have the power to grant him habeas relief, i.e., release from Twin Towers. As such, the petition is denied as moot. *See Burnett v. Lampert*, 432 F.3d 996, 1000-01 (9th Cir. 2005). Further, because Petitioner has not made a substantial showing of the denial of a constitutional right or that the Court erred in its procedural ruling, Petitioner is not entitled to a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED

DATED: May 7, 2020

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\IreneVazquez\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\TERLJ4PQ\order