JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCUS LINTHECOME, | ) | CASE NO. CV 19-6110-JGB (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the Order Dismissing Habeas Corpus Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: May 7, 2020

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

C:\Users\IreneVazquez\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\TERLJ4PQ\Judgment.wpd